UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNA RIES, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>McDONALD's USA, LLC, et al.,<br><br>      Defendants. | Case No. 1:20-cv-0002<br><br>Hon. Hala Y. Jarbou<br><br>Hon. Ray Kent, Magistrate Judge<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANTS MCDONALD'S USA, LLC'S AND MCDONALD'S CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Defendants McDonald's USA, LLC and McDonald's Corporation, by and through undersigned counsel, hereby move for summary judgment under Federal Rule of Civil Procedure 56. In accordance with Local Civil Rule 7.1(a), the accompanying brief sets forth the reasons supporting this motion.

WHEREFORE, Defendants McDonald's USA, LLC and McDonald's Corporation respectfully requests that this Court grant their Motion for Summary Judgment.

Dated: June 11, 2021

Respectfully submitted,

/s/ *Jennifer W. Plagman*
Elizabeth B. McRee
Jennifer W. Plagman
JONES DAY
77 West Wacker
Suite 3500
Chicago, IL  60601.1692
Telephone:   +1.312.782.3939
Facsimile:    +1.312.782.8585
emcree@jonesday.com
jplagman@jonesday.com

Andrew J. Clopton
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI  48226.4438
Telephone:   +1.313.733.3939
Facsimile:    +1.313.230.7997
aclopton@jonesday.com

*Attorneys for Defendants McDonald's Corporation and McDonald's USA, LLC*

## CERTIFICATE OF SERVICE

I, Jennifer W. Plagman, hereby certify that the foregoing was electronically filed on June 11, 2021 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/  Jennifer W. Plagman
*One of the attorneys for McDonald's USA, LLC and McDonald's Corporation*