UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA RIES, KATLYN BARBER, JOANNE
BISHOP and EMILY ANIBAL, on behalf of
themselves and all those similarly situated,
        Plaintiffs,                                Case No. 20-cv-0002-JTN-RSK

v.                                                       Hon. Hala Y. Jarbou

McDONALD'S USA, LLC, McDONALD'S        Mag. Judge Ray L. Kent
CORPORATION, and MLMLM
CORPORATION d/b/a McDONALD'S
        Defendants.
_____/

DARCIE R. BRAULT (P43864)                    C. THOMAS LUDDEN (P45481)
McKnight, Canzano, Smith,                            JESSICA L. WYNN (P75442)
Radtke & Brault, P.C.                                              Lipson Neilson, P.C.
423 N. Main Street, Suite 200                       3910 Telegraph Road, Suite 200
Royal Oak, MI 48067                                                Bloomfield Hills, MI 48302
(248) 354-9650                                                          (248) 593-5000
dbrault@michworkerlaw.com                           tludden@lipsonneilson.com
                                                                                     jwynn@lipsonneilson.com

GILLIAN THOMAS
American Civil Liberties Union                    *Attorneys for Defendant MLMLM Corp.*
Women's Rights Project
125 Broad Street                                                      ELIZABETH B. McREE
New York, NY 10004                                          ANDREW J. CLOPTON
(212) 284-7356                                                        JENNIFER W. PLAGMAN
gthomas@aclu.org                                          Jones Day
                                                                                  77 W. Wacker Drive
EVE H. CERVANTEZ                                      Chicago, IL 60601-1692
ELIZABETH VISSERS                                    (312) 269-4374
Altshuler Berzon, LLP                                         emcree@JonesDay.com
177 Post Street, Suite 300                                aclopton@JonesDay.com
San Francisco, CA 94108                                 jplagman@JonesDay.com
(415) 421-7151
ecervantez@altshulerberzon.com                 *Attorneys for McDonald's USA LLC and*
evissers@altshulerberzon.com                      *McDonald's Corporation*

*Attorneys for Plaintiffs*

_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS
MCDONALD'S, LLC'S AND MCDONALD'S CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**
**(Oral Argument Requested)**

Plaintiffs oppose Defendants McDonald's LLC's and McDonald's Corporation's Motion for Summary Judgment as unwarranted for the reasons stated in their brief, to be filed shortly.

WHEREFORE, Plaintiffs respectfully request that this Court deny Defendants McDonald's LLC's and McDonald's Corporation's Motion for Summary Judgment in its entirety.

Respectfully submitted,

By: */s/ Darcie R. Brault*
Darcie R. Brault (P43864)
McKnight, Canzano, Smith,
Radtke & Brault, P.C.
423 N. Main Street, Suite 200
Royal Oak, MI 48067
(248) 354-9650
dbrault@michworkerlaw.com

Eve H. Cervantez
Elizabeth Vissers
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
ecervantez@altshulerberzon.com
evissers@altshulerberzon.com

Gillian Thomas
American Civil Liberties Union
Women's Rights Project
125 Broad Street
New York, NY 10004
(212) 284-7356
gthomas@aclu.org

*Attorneys for Plaintiffs*

Dated: July 9, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

        Respectfully submitted,

        McKNIGHT, CANZANO, SMITH
        RADTKE & BRAULT, P.C.

By:    */s/ Darcie R. Brault*
      Darcie R. Brault (P43864)
      Attorneys for Plaintiffs
      423 N. Main Street, Suite 200
      Royal Oak, MI  48067
      (248) 354-9650
      dbrault@michworkerlaw.com