UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JENNA RIES, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>McDONALD's USA, LLC, et al.,<br><br>            Defendants. | Case No. 1:20-cv-0002<br><br>Hon. Hala Y. Jarbou<br><br>Hon. Ray Kent, Magistrate Judge |

**DEFENDANTS McDONALD'S USA, LLC'S AND McDONALD'S CORPORATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants McDonald's USA, LLC and McDonald's Corporation oppose Plaintiffs' Motion for Class Certification for the reasons stated in their brief, to be filed shortly.

WHEREFORE, Defendants McDonald's USA, LLC and McDonald's Corporation respectfully request that this Court deny Plaintiffs' Motion for Class Certification in its entirety.

Dated: July 23, 2021  Respectfully submitted,

/s/ *Jennifer W. Plagman*
Elizabeth B. McRee
Jennifer W. Plagman
JONES DAY
77 West Wacker
Chicago, IL  60601.1692
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
emcree@jonesday.com
jplagman@jonesday.com

Andrew J. Clopton
JONES DAY
150 W. Jefferson, Suite 2100
Detroit, MI 48226.4438
Telephone: +1.313.733.3939
Facsimile: +1.313.230.7997
aclopton@jonesday.com

*Attorneys for Defendants McDonald's Corporation and McDonald's USA, LLC*