UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA RIES, KATLYN BARBER, JOANNE BISHOP, and EMILY ANIBAL, on behalf of themselves and all those similarly situated,

    Plaintiffs,

v.

McDONALD'S USA, LLC, McDONALD'S CORPORATION, MLMLM CORPORATION d/b/a McDONALD'S, and M.A.A.K.S., Inc. d/b/a McDONALD'S of Williamston,

    Defendants.

Case No. 20-cv-0002-HYJ-RSK

Hon. Hala Y. Jarbou

Mag. Judge Ray Kent

## REQUEST TO WITHDRAW APPEARANCE AND TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS

**TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that I, Elizabeth Vissers, request to withdraw my appearance as counsel of record for Plaintiffs Jenna Ries, Katlyn Barber, Joanne Bishop, and Emily Anibal, in the above-captioned case, and to be removed from the service list for this action.

Plaintiffs will continue to be represented by the other attorneys who have made an appearance on behalf of Plaintiffs, including Eve Cervantez of Altshuler Berzon.

Respectfully submitted,

Dated: October 18, 2021      By:*/s/ Elizabeth Vissers*
                                               Elizabeth Vissers

Eve H. Cervantez
Elizabeth Vissers
Altshuler Berzon, LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
ecervantez@altshulerberzon.com
evissers@altshulerberzon.com

Darcie R. Brault (P43864)
McKnight, Canzano, Smith,
Radtke & Brault, P.C.
423 N. Main Street, Suite 200
Royal Oak, MI 48067
(248) 354-9650
dbrault@michworkerlaw.com

Gillian Thomas
American Civil Liberties Union
Women's Rights Project
125 Broad Street
New York, NY 10004
(212) 284-7356
gthomas@aclu.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

        Respectfully submitted,

By:   */s/ Elizabeth Vissers*
       Elizabeth Vissers

       Eve H. Cervantez
       Elizabeth Vissers
       Altshuler Berzon, LLP
       177 Post Street, Suite 300
       San Francisco, CA 94108
       (415) 421-7151
       ecervantez@altshulerberzon.com
       evissers@altshulerberzon.com