UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA RIES, KATLYN BARBER, JOANNE BISHOP, and EMILY ANIBAL, on behalf of themselves and all those similarly situated,

    Plaintiffs,

v.

McDONALD'S USA, LLC, McDONALD'S CORPORATION, MLMLM CORPORATION d/b/a McDONALD'S, and M.A.A.K.S., Inc. d/b/a McDONALD'S of Williamston,

    Defendants.

Case No. 20-cv-0002-HYJ-RSK

Hon. Hala Y. Jarbou

Mag. Judge Ray Kent

**PROPOSED ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF ADDENDUM TO CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Jenna Ries, Katlyn Barber, Joanne Bishop, and Emily Anibal, and MLMLM Corporation and M.A.A.K.S., Inc., (collectively, the "Parties"), by and through their undersigned attorneys, hereby submit this proposed Order for Preliminary Approval of Addendum to Class Action Settlement:

The Court having reviewed and considered the Parties' request for approval of an addendum to the Settlement Agreement, the Addendum attached to the Parties' Joint Motion is preliminarily approved. Except as expressly modified by this Order, all other terms of the Preliminary Approval Order are unchanged and remain in full force and effect.

Dated:_____        _____
                                                                HALA Y. JARBOU
                                                                UNITED STATES DISTRICT JUDGE